**2010–0858.   Welsh Dev. Co., Inc. v. Warren Cty. Regional Planning Comm.**

Warren App. No. CA2009–07–101, 186 Ohio App.3d 56, 2010-Ohio-592. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 2 of the court of appeals' Entry filed May 7, 2010:

"Is a service of summons by a clerk of courts upon an administrative agency, together with a copy of a notice of appeal filed in the common pleas court, sufficient to perfect an administrative appeal pursuant to R.C. 2505.04 as long as the agency receives the notice within the time prescribed by R.C. 2505.07?"

O'DONNELL, J., dissents.

The conflict cases are *Evans v. Greenview Local School Dist.* (Jan. 4, 1989), Greene App. No. 88 CA 40, and *Price v. Margaretta Twp. Bd. of Zoning Appeals,* Erie App. No. E–02–029, 2003-Ohio-221.

Sua sponte, cause consolidated with 2010–0611, *Welsh Dev. Co., Inc. v. Warren Cty. Regional Planning Comm.,* Warren App. No. CA2009–07–101, 186 Ohio App.3d 56, 2010-Ohio-592.